

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2022

No. 04-22-00203-CR

Larry **ISAAC**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 8195
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Appellant's brief is due on September 6, 2022. On August 11, 2022, appellant timely filed a motion requesting a ninety day extension of time to file appellant's brief. Appellant's motion is GRANTED IN PART. Appellant's brief is due **no later than October 21, 2022**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court